**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PET FOOD EXPRESS LTD,                          No. C 09-1704 MEJ

        Plaintiff(s),

  vs.                                                         **NOTICE OF REASSIGNMENT**

ROYAL CANIN USA INC.,                          **ORDER SCHEDULING CMC**

        Defendant(s).
_____/

     This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."

     The Court shall conduct a case management conference on July 16, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint status statement by July 9, 2009.

     **IT IS SO ORDERED.**

Dated: April 27, 2009

                            _____
                            MARIA-ELENA JAMES
                            United States Magistrate Judge