IAN C. BALLON (SBN: 141819)
CINDY HAMILTON (SBN: 217951)
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
Email: ballon@gtlaw.com; hamiltonc@gtlaw.com

Attorneys for Defendant
Royal Canin USA Inc.

HENN, ETZEL & MOORE INC.
John Douglas Moore, Esq. (SBN 095655)
1970 Broadway, Ste. 950
Oakland, CA 94612-2228
Telephone: (510) 893-6300
Facsimile: (510) 433-1298
Email: jmoore@hennetzel.com

Attorneys for Plaintiff Pet Food Express Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PET FOOD EXPRESS LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL CANIN USA INC.,<br><br>Defendants. | Case No. C09-01483 MHP<br><br>(Related to Case No. C09-0704 MHP)<br><br>STIPULATION TO CONSOLIDATE CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)(2) AND CIVIL LOCAL RULES 3-12 |

IT IS HEREBY STIPULATED by and between plaintiff Pet Food Express Ltd. and defendant Royal Canin USA Inc. through their respective counsel, to consolidate *Pet Food Express v. Royal Canin USA Inc.*, Case No. C09-01704 MHP, with the above-captioned action pursuant to Fed. R. Civ. Proc. 42 (a)(2) and Civil Local Rules 3-12, as the cases contain identical parties, transactions and causes of action, and there will be an unduly burdensome duplication of labor, expense, and the possibility of conflicting results of the cases are conducted before different Judges.

Dated: June 2, 2009.

GREENBERG TRAURIG, LLP

By: /s/ *Cindy Hamilton*
Ian C. Ballon
Cindy Hamilton

Attorneys for Defendant Royal Canin USA Inc.

Dated: June 1, 2009.

HENN, ETZEL & MOORE, INC.

By: /s/ *John Douglas Moore*
John Douglas Moore, Esq.

Attorneys for Plaintiff Pet Food Express Ltd.

ATTESTATION CLAUSE

I, Cindy Hamilton, am the ECF User whose ID and password are being used to file this STIPULATION TO CONSOLIDATE CASES. In compliance with General Order 45, X.B., I hereby attest that John Douglas Moore has concurred in this filing.

Date: June 2, 2009

GREENBERG TRAURIG LLP

By: /s/ Cindy Hamilton
Cindy Hamilton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PET FOOD EXPRESS LTD., Plaintiff, v. ROYAL CANIN USA INC., Defendants. | Case No. C09-01483 MHP<br><br>(Related to Case No. C09-01704 MHP)<br><br>**~~[PROPOSED]~~ ORDER CONSOLIDATING CASES PURSUANT TO STIPULATION** |

Upon the Stipulation of the parties hereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that Case No. C09-01704 MHP be consolidated with Case No. C09-01483 MHP and that all future filings shall be done under Case No. C09-01483 MHP.

Dated: June 2, 2009

Honorable Marilyn H. Patel
Judge of the United States District Court

