**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Date:** | November 28, 2011 | **Time**: | 3:00 p.m. - 3:29 p.m. |
| **Case No:** | C09-1483 EMC | **Reporter**: | Lydia Zinn (415) 531-6587 |
| **Case Name:** | Pet Food Express v. Royal Canin | | |
| **Attorneys:** | John Moore for Plaintiff<br>Steve Schneebaum for Defendant | | |
| **Deputy Clerk:** | Betty Lee | | |

### PROCEEDINGS:

- Plaintiff's Motion to Alter Judgment #160
- Defendant's Motion to Alter Judgment #170

### SUMMARY:

Parties to submit stipulation to court by 12/5/11.  Court will take matter under submission and will issue order.   Defendant may file a motion for sanction re New York lease if so desired.